IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR508-016
)
ANDREW C. HOLT, AMANDA J. )
COSGROVE, and MATTHEW L. BLACK, )
)
Defendant. )

## O R D E R

Before the Court are the Motions to Continue the Sentencing of Defendant Holt, one filed by Defendant Holt (Doc. 169) and one filed by the Government (Doc. 159). Currently, Defendant Holt's sentencing is scheduled for October 26, 2009. After careful consideration, the Motions to Continue are **GRANTED**. Defendant Holt's sentencing will be continued to a later date to be announced at an appropriate time by this Court.

SO ORDERED this 16th day of October, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA